**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  21-24036-CIV-ALTONAGA**

**GUILLERMO GONZALEZ**,

      Plaintiff,

v.

**TELSEC CORP.**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On December 8, 2021, the parties filed a Joint Motion for Approval of Settlement Agreement and Dismissal of Action with Prejudice [ECF No. 8].  The next day, the Court denied the Motion because it "faile[ed] to adequately explain or describe the amount of Plaintiff's attorney's fees and costs[.]"  (Dec. 9, 2021 Order [ECF No. 9] 2 (alterations added)).  The Court required the parties to "submit a revised motion — with a proposed order and affidavits or exhibits regarding attorney's fees and costs — that conforms to the FLSA by December 15, 2021."  (*Id.* (emphasis omitted)).  On December 14, 2021, the Court extended the deadline to file the revised motion to December 22, 2021.  (*See* Order [ECF No. 11] 1).  To date, Plaintiff's counsel has filed an Affidavit of Reasonable Attorney's Fees and Costs [ECF No. 12] with supporting Time Sheet [ECF No. 12-1], but the parties have not filed a revised motion with a proposed order.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall comply with the December 9, 2021 Order **[ECF No. 9]** by **December 27, 2021**, failing which the case will be dismissed without prejudice without further notice.

CASE NO. 21-24036-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 23rd day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2