UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24036-CIV-ALTONAGA

**GUILLERMO GONZALEZ**,

    Plaintiff,
v.

**TELSEC CORP.**, *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Amended Motion for Approval of Settlement Agreement and Dismissal of Action with Prejudice [ECF No. 14], filed on December 27, 2021. The parties seek approval of their proposed Settlement Agreement [ECF No. 14-1], which includes a provision for the award of attorney's fees. Upon review of the record and the parties' documented basis for a settlement of this FLSA case, including an award of attorney's fees and costs to Plaintiff, Guillermo Gonzalez's counsel, the Court finds settlement of this action is fair and reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Amended Motion for Approval of Settlement Agreement and Dismissal of Action with Prejudice **[ECF No. 14]** is **GRANTED**.

2. The Settlement Agreement **[ECF No. 14-1]** between Plaintiff, Guillermo Gonzalez, and Defendants, Telsec Corp. and Manuel Jimenez, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

CASE NO. 21-24036-CIV-ALTONAGA

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and General Release.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record